# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pregerson; Harry | United States Court of Appeals for the Ninth Circuit | 09/04/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Court Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 21800 Oxnard Street<br>Suite 1140<br>Woodland Hills, CA 91367 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Marine Corps Reserve Officers Association |
| 2. | Member | Advisory Board, Childhelp USA |
| 3. | Member | Advisory Board of Directors, Metropolitan Division, The Salvation Army |
| 4. | Member | Board of Trustees, Devil Pups, Inc. |
| 5. | | |

RECEIVED 2008 SEP 10 A 11: 31 DISCLOSURE FINANCIAL OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 09/04/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | State of California Judge's Retirement System | $ 15,008. |
| 2. 2007 | GGWH LLC | $ 18,000. |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 09/04/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 09/04/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U-Haul International Inc. | B | Rent | J | W | Sell | 3/15 | J | A | |
| 2. Lot ●, Oxnard Shores, CA (1964) | | None | O | W | | | | | |
| 3. Lot ●, Oxnard Shores, CA (1964) | | None | O | W | | | | | |
| 4. Part of Lot ● Woodland Hills, CA (1963) | | None | O | W | | | | | |
| 5. Part od Lot ● Woodland Hills, CA (1979) | | None | N | W | | | | | |
| 6. Part of Lot ● Woodland Hills, CA (1984) | | None | N | W | | | | | |
| 7. Limited Partnership Interest, Penn Cal Investors, A Calif.Lt | G | Rent | P1 | W | | | | | |
| 8. CGM 403(B) Custodian UIPL L.A. Community College District | D | Dividend | O | T | | | | | |
| 9. Minnesota Life Ins Single Payment Annuity non qualified | D | Interest | M | T | | | | | |
| 10. IRA ACCT Wachovia Securities Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 11. Microsoft Corporation - Washington | A | Dividend | J | T | | | | | |
| 12. Washington Mutual Bank | C | Interest | N | T | | | | | |
| 13. Bank deposit sweep option | C | Interest | K | T | | | | | |
| 14. Bonds - Palomar Pomerado Health System, CA Rev. | A | Interest | J | T | Sell | 1/18 | J | A | |
| 15. | | | | | Sell | 8/7 | K | A | |
| 16. Janus Twenty Fund money market fund #37 | A | Dividend | L | T | Exchange | 9/12 | M | | |
| 17. Janus Contrarian Fund #37 | D | Dividend | M | T | Exchange | 9/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 09/04/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Research Fund (formerly Janus Mercury) #37 | A | Dividend | L | T | Exchange | 8/7 | K | | |
| 19. Janus Olympus Fund | A | Dividend | L | T | | | | | |
| 20. Janus Orion Fund #37 | A | Dividend | L | T | Exchange | 9/12 | | | |
| 21. Janus Moneymarket Fund | | Dividend | L | T | Echange | 8/7 | P3 | | |
| 22. Janus Money Market Fund | | Dividend | L | T | Exchange | 8/7 | P3 | | |
| 23. Janus Money Market Fund | | Dividend | L | T | Exchange | 9/12 | P3 | | |
| 24. Janus Money Market Fund | | Interest | J | T | Exchange | 8/7 | P3 | | |
| 25. Janus Money Market Fund | | Interest | J | T | Buy | 9/12 | P3 | | |
| 26. Janus Money Market Fund | | Interest | J | T | Buy | 9/12 | P4 | | |
| 27. Centennial Money Market TR | A | Dividend | J | T | | | | | |
| 28. Schlumberger LTD stock | A | Dividend | J | S | | | | | |
| 29. Transocean Inc, Ordinary shares | | None | J | T | | | | | |
| 30. Smith Barney Muni FDS CA Money Market | A | Dividend | J | T | | | | | |
| 31. Smith Barney Aggressive Growth | A | Dividend | L | T | | | | | |
| 32. Smith Barney Appreciation Fund Class B | A | Dividend | K | T | | | | | |
| 33. Alliance Bernstein Value Fund | | None | K | T | Sell | 3/2 | L | C | |
| 34. World Savings Bank | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 09/04/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nuveen Preferred & Conv. Income Fund 2 | A | Dividend | J | T | | | | | |
| 36. CG Capital Markets Gov't Money Investments | A | Interest | J | T | | | | | |
| 37. CG Capital Markets Core Fixed Income Fund | C | Interest | K | T | | | | | |
| 38. CG Capital Markets Lg Capital value Investment | C | Interest | M | T | | | | | |
| 39. CG Capital Markets Sm Capital Value Investments | A | Interest | J | T | Buy | 9/12 | J | | |
| 40. CG Capital Markets Emerging Markets Investments | A | Interest | K | T | | | | | |
| 41. CG Capital Markets International Equity Investments | A | Interest | M | T | | | | | |
| 42. CG Capital Markets Lg Capital Markets Lg Cap. Growth | B | Interest | M | T | | | | | |
| 43. CG Capital Markets Sm Cap Growth Investments | B | Interest | K | T | | | | | |
| 44. Orion Bank CD Naples FL Act/365 | B | Interest | L | T | Buy | 2/28 | L | | |
| 45. Northern Trust Bank | D | Interest | N | T | | | | | |
| 46. The Oakmark Funds | C | Interest | M | T | | | | | |
| 47. Plains Capital Bank | | None | L | T | Buy | 5/12 | L | | |
| 48. Citigroup CHP XVII | A | Interest | | T | Buy | 9/27 | J | | |
| 49. Money Fund - Western Asset Class A CG Capital Mkts. | | None | J | T | Buy | 2/23 | J | | |
| 50. Washington Mutual Bank CD | | Interest | K | | | | | | |
| 51. U.S. Treasury Bills | | Interest | M | | Buy | 2/5 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 09/04/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U.S. Treasury Bills | | Interest | M | | Buy | 3/5 | M | | |
| 53. U.S. Treasury Bills | | Interest | M | | Buy | 8/6 | M | | |
| 54. U.S. Treasury Bills | | Interest | M | | Buy | 8/9 | M | | |
| 55. U.S. Treasury Bills | | Interest | | | Buy | 9/6 | M | | |
| 56. Indymac Bank - Certificate of Deposit | A | Dividend | L | | Buy | 9/12 | L | | |
| 57. JP Morgan Chase - CO Notes | | Dividend | K | | Buy | 11/15 | K | | |
| 58. JP Morgan Chase CO Notes | A | Dividend | J | | Buy | 11/21 | L | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE:        We have tried to keep all items in Section VII listed in the same order as previous report with the new items being placed at the end of the list. The exception is the new IRA accounts -- buy and sell in the IRA accounts has remained within the IRA account setup.

If you see a stock listed again on the report, it is because it was purchased through a different brokerage firm.

During the latter part of the year, moved all items from Wachovia over to Edward Jones. No longer with Wachovia.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544